UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ARTHUR L. LLOYD,                    )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )  Civil Action No. 97-1287 (PLF)
                                    )
MICHAEL B. MUKASEY,                 )
United States Attorney General,     )
                                    )
    Defendant.                      )
_____ )

ORDER

For the reasons explained in the Opinion issued this same day, it is hereby

ORDERED that plaintiff's [191] motion to set aside the settlement agreement is GRANTED; and it is

FURTHER ORDERED that on or before August 22, 2008, counsel for the parties should meet and confer and file a joint report with the Court regarding how they intend to proceed with respect to plaintiff's claim for equitable relief.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 31, 2008